IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**NICOLAS MICHAEL PACHECO,**

    **Plaintiff,**

    **vs.**                                                                                           **CIV NO. 22-580 KK**

**KILOLO KIJAKAZI, Commissioner,**
Social Security Administration,

    **Defendant.**

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER having come before the Court for scheduling, IT IS HEREBY ORDERED that:

On or before **Tuesday, December 27, 2022**, Plaintiff shall file and serve a Motion to Reverse or Remand Administrative Agency Decision with a supporting memorandum of law;

On or before **Friday**, **February 27, 2023**, Defendant shall file and serve her response; and,

On or before **Tuesday**, **March 14, 2023**, Plaintiff may file and serve a reply, all in accordance with Local Rule 7.3. D.N.M. LR-Civ. 7.3.

IT IS FURTHER ORDERED that supporting memoranda filed pursuant to this Order shall cite the transcript of record when making assertions of fact, and that citations to authority shall support propositions of law.

IT IS FURTHER ORDERED that all requests for extensions of time altering the deadlines set forth in this Order shall be made by written motion filed with the Court pursuant to Federal Rule of Civil Procedure 7 and Local Civil Rule 7. If the parties agree to seek an extension of time, they shall submit a proposed stipulated order to the Court for its approval.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE