IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**NICOLAS M. PACHECO,**

       **Plaintiff,**

vs.                                                      CIV No. 1:22-cv-00580 KK

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

       **Defendant.**

## ORDER

Upon consideration of Defendant's Unopposed Motion to Reverse and Remand to Agency, for entry of final judgment pursuant to sentence four of 42 U.S.C. § 405(g) (ECF No. 22), and good cause appearing,

IT IS HEREBY ORDERED that the Commissioner's decision is REVERSED under sentence four of 42 U.S.C. § 405(g) and REMANDED to the Commissioner for further administrative proceedings.

SIGNED November 14, 2022.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent

SUBMITTED AND APPROVED BY:

| *Electronically submitted* | *Electronically approved* |
|---|---|
| M. THAYNE WARNER | AMBER DENGLER |
| Special Assistant United States Attorney | Attorney for Plaintiff |