IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**NICOLAS M. PACHECO,**

      **Plaintiff,**

vs.                                                       CIV No. 1:22-cv-580 KK

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

      **Defendant.**

## JUDGMENT

The Court having granted Defendant's Unopposed Motion for Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 22), IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff Nicolas M. Pacheco under Federal Rule of Civil Procedure 58 and this matter is hereby remanded to the Commissioner for further proceedings consistent with the Court's Order entered on November 14, 2022. (Doc. 23).

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent